AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

VAN LOO FIDUCIARY SERVICES LLC, as personal representative of the estate of IMMANUEAL JAQUEZ CLARK, deceased,

*Plaintiff(s)*

v.

CITY OF PORTLAND; CHRISTOPHER SATHOFF

*Defendant(s)*

Civil Action No. 3:24-cv-430-IM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher Sathoff
c/o Office of the City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jesse Merrithew, Levi Merrithew Horst PC, 610 SW Alder St. Ste. 415, Portland OR 97204
J. Ashlee Albies & Maya Rinta, Albies Stark & Guerriero, 1500 SW 1st Ave. Ste. 1000, Portland OR 97201
Juan Chavez, Franz Bruggemeier, & Amanda Lamb, Oregon Justice Resource Center, P.O. Box 5248, Portland OR 97208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/07/2024

By: s/G. Davis, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

VAN LOO FIDUCIARY SERVICES LLC, as personal representative of the estate of IMMANUEAL JAQUEZ CLARK, deceased,

*Plaintiff(s)*

v.

CITY OF PORTLAND; CHRISTOPHER SATHOFF

*Defendant(s)*

Civil Action No. 3:24-cv-430-IM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Portland
Office of the City Attorney
1221 SW 4th Avenue, Suite 430
Portland, OR 97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jesse Merrithew, Levi Merrithew Horst PC, 610 SW Alder St. Ste. 415, Portland OR 97204

J. Ashlee Albies & Maya Rinta, Albies Stark & Guerriero, 1500 SW 1st Ave. Ste. 1000, Portland OR 97201

Juan Chavez, Franz Bruggemeier, & Amanda Lamb, Oregon Justice Resource Center, P.O. Box 5248, Portland OR 97208

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/07/2024

By: s/G. Davis, Deputy Clerk