**Jesse Merrithew**, OSB No. 074564
Email: jesse@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241

**Of Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **VAN LOO FIDUCIARY SERVICES LLC, an Oregon Limited Liability Corporation,** as personal representative of the estate of, **IMMANUEAL JAQUEZ CLARK, deceased,**<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF PORTLAND, a municipal corporation, and CHRISTOPHER SATHOFF,**<br><br>Defendants. | Case No. 3:24-cv-00430-IM<br><br>**JOINT RULE 26(f) CONFERENCE REPORT AND LR 16 PROPOSED DISCOVERY PLAN** |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1, the parties certify that on April 11, 2024, they held an initial conference of counsel for discovery planning.

1. Initial Disclosures. The parties did not agree to waive initial disclosures. Initial disclosures are due by May 10, 2024.

2. Discovery Plan. The parties stipulate and agree to the following discovery and pre-trial deadlines:

| | |
|---|---|
| File all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15 | January 17, 2025 |
| Join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 & 19 | January 17, 2025 |

JOINT RULE 26(f) CONFERENCE REPORT AND LR 16 PROPOSED DISCOVERY PLAN - 1
(Case No. 3:23-cv-01801-AN)

**LEVI MERRITHEW HORST PC**
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092

| | |
|---|---|
| Complete all fact discovery | February 7, 2025 |
| Expert Disclosure and Reports | March 7, 2025 |
| Rebuttal Expert Disclosures | April 11, 2025 |
| Complete Expert Discovery | May 16, 2025 |
| Dispositive Motions | July 3, 2025 |
| Submit joint ADR report | 90 days after the ruling on any dispositive motions |

3.   The parties do not foresee any major discovery issues that will require the court's attention. There are no significant ESI issues that the parties foresee. The parties have agreed on and will submit a proposed stipulated protective order to protect certain confidential information.

**DATED** this 22nd day of April, 2024.

By:   /s Jesse Merrithew  
**Jesse Merrithew**, OSB No. 074564  
**Of Attorneys for Plaintiff**

By:   /s Carey Caldwell  
**Carey Caldwell**, OSB No. 093032  
**Of Attorneys for Defendants**

JOINT RULE 26(f) CONFERENCE REPORT AND LR 16 PROPOSED DISCOVERY PLAN - 2
(Case No. 3:23-cv-01801-AN)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092