CAREY CALDWELL, OSB #093032
Senior Deputy City Attorney
carey.caldwell@portlandoregon.gov
MICHAEL K. PORTER, OSB #211377
Senior Deputy City Attorney
mike.porter@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendant City of Portland*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **VAN LOO FIDUCIARY SERVICES LLC,** an Oregon Limited Liability Corporation, as personal representative of the estate of, **IMMANUEAL JAQUEZ CLARK, deceased**<br><br>            **Plaintiff,**<br><br>      v.<br><br>**CITY OF PORTLAND, a municipal corporation, and CHRISTOPHER SATHOFF**<br><br>            **Defendant.** | 3:24-cv-00430-IM<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Michael K. Porter, OSB #211377, Senior Deputy City Attorney, is hereby associated as an attorney of record for Defendant City of Portland in the above-entitled case.

DATED: January 7, 2025.

>  Respectfully submitted,
>
>  */s/ Michael K. Porter*
>  Michael K. Porter, OSB #211377
>  Senior Deputy City Attorney
>  mike.porter@portlandoregon.gov
>  *Of Attorneys for Defendant City of Portland*

Page  1 – NOTICE OF ASSOCIATION OF COUNSEL